1002

[No. 24538-1-III. Division Three. November 16, 2006.]

CLEMENTE EZQUIVEL ET AL., *Respondents*, v. HALES, INC., *Respondent*, NATIONWIDE MUTUAL INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 03-2-50942-9, Robert G. Swisher, J., entered September 6, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 24686-8-III. Division Three. November 16, 2006.]

SHAYNE THOMAS ROE, *Appellant*, v. PAMP MAIERS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-2-00800-6, John M. Antosz, J., entered November 2, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kato, J.

[No. 53535-8-I. Division One. November 20, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM BERGEN GREENE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00616-3, Richard J. Thorpe, J., entered November 24, 2003. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Becker and Ellington, JJ.

[No. 55392-5-I. Division One. November 20, 2006.]

XIAOLI ZHOU, *Appellant*, v. TONY BLAU, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-00935-8, Michael S. Spearman, J., entered December 3, 2004. *Affirmed* by unpublished per curiam opinion.